MAY 11 2022 PM2:30
FILED-USDC-CT-NEW HAVEN

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

Azumah Robinson, Plaintiff )
)
)
)
v. )
)
Caine & Weiner, Defendant )

Case No. 22cv657 (SRU)
(To be supplied by the Court)

## INTRODUCTION

1. This is an action for actual, statutory damages and costs brought by Plaintiff, Azumah Robinson, an individual consumer, against Defendant, Caine & Weiner Company Inc., ("C&W"or "Defendant") for violations of the Fair Credit Reporting Act 15 USC § 1681 et seq. (FCRA).

## II. JURISDICTION AND VENUE

2. Jurisdiction of this court arises under 15 U.S.C. § 1681(p) and 28 U.S.C § 1331. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b)(1) and 28 U.S.C. § 1391(b)(2) because a substantial part of the events, omissions, or conduct giving rise to Plaintiff's claim occurred in this judicial district. Defendant, Caine & Weiner Company Inc. transacts business here.

## III. PARTIES

3. Plaintiff, Azumah Robinson, is a natural person and consumer as defined by 15 U.S.C § 1681a(c), residing in New Haven, Connecticut.

4. Defendant, Caine & Weiner is a "furnisher" defined by 15 USC § 1681a(b).

5. Upon information and belief, Caine & Weiner is a California corporation with its principal place of business located at 5805 Sepulveda Blvd 4th Floor, Sherman Oaks, CA 91411.

6.  Defendant Caine & Weiner is engaged in the business of collecting debt in the State of Connecticut.

## IV. FACTS

7.  On or about February 24, 2022, Plaintiff reviewed his credit report on Experian.com.

8.  In the report, the Plaintiff observed an unauthorized hard inquiry from Defendant.

9.  Caine & Weiner unlawfully obtained the Plaintiff's Experian consumer report on February 11, 2021 without the Plaintiff's authorization or a permissible purpose under the FCRA.  Please see Exhibit A.

10. According to 15 U.S.C. § 1681a(r)(4) the term "account" is defined having the same meaning as in section 1693a of this title.

11. Plaintiff never initiated any credit transaction with Defendant nor had an "account" with Defendant for review or collection as defined under the FCRA.

12. On February 4, 2022 Plaintiff mailed Defendant a "Unauthorized Inquiry" letter via certified mail tracking number 9505 5124 5222 2035 7026 23, to address the unlawful activity, see Exhibit B.

13. Defendant received the dispute letter on February 7, 2022 at their headquarters in Sherman Oaks, CA.

14. Defendant failed to address the Plaintiff's concerns about the unauthorized inquiry in his consumer report.

## V. COUNT 1 VIOLATION OF FCRA

15. Defendant's actions violated 15 U.S.C. § 1681b.

16. The Defendant violations include but are not limited to the following:

    (a) The Defendant violated 15 U.S.C. 1681b by failing to have permissible purpose to obtain Plaintiff consumer report;

    (b) Defendant did not have a court order to obtain Plaintiff consumer report;

    (c) Plaintiff never gave Defendant written permission to obtain his consumer report;

    (d) Plaintiff does not have an account, which has the same meaning under the Electronic Fund Transfer Act 15 U.S.C § 1693a(2), with the Defendant.

2

17. As a result of the above violations of the FCRA, the Defendant is liable to the Plaintiff for actual and statutory damages and costs.

## VI. JURY DEMAND AND PRAYER FOR RELIEF

WHEREFORE, Plaintiff, Azumah Robinson, respectfully demands a jury trial and request that judgment be entered in favor of Plaintiff against the Defendant for:

A.  Violating the FCRA;

B.  Actual damages pursuant to 15 U.S.C 1681n(a)(1)(A);

C.  Statutory damages to 15 U.S.C 1681n(a)(1)(B);

D.  Court cost pursuant to 15 U.S.C 1681n(a)(2);

E.  For such other and further relief as the Court may deem just and proper.

Respectfully Submitted,

Dated: 05-11-22

/s/ Azumah Robinson
Azumah Robinson Pro Se
85 Pond St.
New Haven, CT 06511
203-435-7272(telephone)
zumahr@gmail.com