Exhibit A

 experian.

Prepared For **AZUMAH J. ROBINSON**    Date generated: Feb 14, 2022

## Inquiries

**AMEX**

Inquired on Jan 12, 2022

Business Type: Bank Credit Cards

PO BOX 981537

EL PASO, TX 79998

(800) 874-2717

This inquiry is scheduled to continue
on record until Feb 2024

**AMEX**

Inquired on Oct 3, 2021

Business Type: Bank Credit Cards

PO BOX 981537

EL PASO, TX 79998

(800) 874-2717

This inquiry is scheduled to continue
on record until Nov 2023

**AMEX**

Inquired on Jan 28, 2021

Business Type: Bank Credit Cards

PO BOX 981537

EL PASO, TX 79998

(800) 874-2717

This inquiry is scheduled to continue
on record until Feb 2023

**CAINE & WEINER**

Inquired on Feb 11, 2021

Business Type: Other Collection
Agencies

PO BOX 55848

SHERMAN OAKS, CA 91413

(818) 226-6000

This inquiry is scheduled to continue
on record until Mar 2023