Exhibit B

Azumah Robinson  
85 Pond st  
New Haven, CT 06511

February 4, 2022

Caine & Weiner  
Attn: Legal Department  
5805 Sepulveda Blvd FL 4  
Sherman Oaks, CA 91411

Re: Unauthorized Inquiry to my consumer report; demand for $1,000 settlement

To: Caine & Weiner

You are in violation of the Fair Credit Reporting Act("FCRA"), 15 U.S.C § 1681 et seq., for unlawfully obtaining my Experian consumer report on February 11, 2021 without my authorization on a permissible purpose under the FCRA. See 15 U.S.C § 1681b. Specifically, the FCRA provides, "A person shall not use or obtain a consumer report for any purpose unless- (1) the consumer report is obtained for a purpose for which the consumer report is authorized to be furnished under this section; and (the purpose is certified in accordance with section 1681e of this title by prospective user of the report through a general or specific certification. "15 U.S.C § 1681b(f). Chester v. Purvis, 260F. Supp. 2d 711(S.D. Ind.2003).

I have not initiated any credit transaction with Caine & Weiner and had no "account" with Caine & Weiner for review or collection.

FCRA does not permit retrieval of a consumer report in connection with the collection of any debt. Rather, such an inquiry is permitted only when the report is to be used in connection with the collection of an "account" which is a narrowly defined term, which encompasses only:

> a demand deposit, savings deposit, or other asset account (other than an occasional or incidental credit balance in an open end credit plan as defined in section 1602(i) [1] of this title), as described in regulations of the Bureau, established primarily for personal, family, or household purposes[.]

15 U.S.C § 1693a(2); see 15 U.S.C § 1681a(r)(4) (incorporating definition of "account" set forth in Electronic Funds Transfers Act). C&W cites no evidence that sought my consumer report in connection with the collection of a debt that satisfied the definition of "account" herein.

Furthermore, under the FCRA" Any person who knowingly and willfully obtains information on a consumer from a consumer reporting agency under false pretenses shall be fined under title 18, imprisoned for not more than 2 years, or both". 15 U.S.C § 1681n(a)

As a result of you unlawfully obtaining my consumer report without permissible purpose, you are liable to me for (1) actual damages up to $1,000, (2) punitive damages, and (3) cost of litigation together with attorney's fees, 15 U.S.C § 1681n(a).

For the sake of judicial economy, I am willing to settle this matter without any admitted liability. I offer full and final settlement of this issue if you comply with the following demands upon you: cease and desist obtaining copies of my consumer report from the consumer reporting agencies, (2) pay me $1,000 and deliver to my address above with 14 days of receiving this demand.

Please be advised that I am prepared to litigate this matter if you don't comply with this demand. Upon timely receipt of the $1,000 payment, this letter shall be a general release of all claims herein.