## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* CT Corporation System, who is
designated by law to accept service of process on behalf of *(name of organization)* Caine &
Weiner _____ on *(date)* 06-06-22 _____; or

☐ I returned the summons unexecuted because _____
_____; or

☐ Other *(specify)* I served CT Corporation system on
behalf of Caine & Weiner via USPS priority mail
tracking # EI 050 317 581 US

My fees are $ 0 for travel and $ 6 for services, for a total of $ 0 0.00

I declare under penalty of perjury that this information is true.

Date: 06-15-22

_____
Servers signature

Arunrah Robinson
Printed name and title
85 Pond St
New Haven CT 06511
Servers address

Additional information regarding attempted service, etc:

JUN 15 2022 PM
FILED-USDC-CT-NEW HAVEN

**Tracking Number:** EI050317581US

Remove X

**Scheduled Delivery by**

**MONDAY**

**6** JUNE 2022 by **6:00pm**

USPS Tracking Plus® Available

**Status**

✓ Delivered, In/At Mailbox

June 6, 2022 at 1:12 pm
EAST HARTFORD, CT 06108

Delivered

| Text & Email Updates | ⌄ |
| Proof of Delivery | ⌄ |
| Tracking History | ⌃ |

June 6, 2022, 1:12 pm
Delivered, In/At Mailbox
EAST HARTFORD, CT 06108
Your item was delivered in or at the mailbox at 1:12 pm on June 6, 2022 in EAST HARTFORD, CT 06108. Waiver of signature was exercised at time of delivery.

June 6, 2022, 8:10 am
Out for Delivery
EAST HARTFORD, CT 06108